IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CARLOS HARRIS,

    Plaintiff,

v.      CV 115-004

HSI FINANCIAL SERVICES, LLC,

    Defendants.

# O R D E R

Now before the Court is the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 13.) Accordingly, the Court hereby **DISMISSES WITHOUT PREJUDICE** all claims in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of August, 2015.

                        HONORABLE J. RANDAL HALL
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF GEORGIA